### 15466.  JARVIS *v.* THE STATE.

BLOODWORTH, J.  When considered in connection with the remainder of the charge, there is no error in any of the excerpts therefrom of which complaint is made in the motion for a new trial; the venue was proved, there is evidence to support the verdict, and the judgment is *Affirmed. Broyles, C. J., and Luke J., concur.*

Indictment for larceny of automobile; from Bibb superior court —Judge Mathews. February 25, 1924.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.